UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERINN TOZER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG CHEM, LTD., and others<br><br>Defendants. | Case No. 13-cv-00397 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Because the Court has referred this action to Judge Gonzalez Rogers to determine whether it is related to *In re Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-02420 YGR, in accordance with Civil Local Rule 3-12(c), the Court VACATES the case management conference currently set for May 1, 2013.

IT IS SO ORDERED.

Date: April 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge