1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11
12  ERINN TOZER, individually and on behalf
    of others similarly situated,

Case No. 13-cv-00397 NC

13          Plaintiffs,

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

14          v.

15  LG CHEM, LTD., and others

16          Defendants.

17

18      Because the Court has referred this action to Judge Gonzalez Rogers to determine

19  whether it is related to *In re Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-

20  02420 YGR, in accordance with Civil Local Rule 3-12(c), the Court VACATES the case

21  management conference currently set for May 1, 2013.

22      IT IS SO ORDERED.

23      Date: April 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

24
25
26
27
28